UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VICTOR AMON,
*on behalf of himself and*
*FLSA Collective Plaintiffs,*

        Plaintiff,

        v.

LET THERE BE BAGELS PW, INC.,
YURIY MURGAT,
WORN SIMON and
SIMON VARON,

        Defendants.

---

Case No.: 16-CV-94

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

    **PLEASE TAKE NOTICE** that the claims of Plaintiff, VICTOR AMON, is hereby dismissed without prejudice, in their entirety, as against the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: March 30, 2016
       New York, New York

                          Lee Litigation Group, PLLC
                          30 East 39th Street, Second Floor
                          New York, NY 10016
                          Phone: (212) 465-1188

                          _____
                          C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.